## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

ROXIE ADAMS, ET AL                                          **PLAINTIFF**

VS.                              CIVIL ACTION NO. 3:04CV373WHB-JCS

CITIGROUP, INC., ET AL                                     **DEFENDANTS**

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal executed on August 2, 2006, by counsel for Plaintiffs and counsel for Defendants, this matter is hereby dismissed with prejudice.

SO ORDERED this the 3rd day of August, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE